UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br>       Plaintiff,                              ) <br>                                                 ) <br> v.                                                   ) <br>                                                 ) <br> MIGUEL E. MIRELES,                       ) <br>       Defendant.                          ) | Case No. 5:21-cv-00138 |

**UNITED STATES' NOTICE TO COURT**

On February 11, 2022, the United States filed an unopposed motion to stay and administratively close this case until the United States Supreme Court either denied a petition for a writ of certiorari or rendered a decision on the case of *United States v. Bittner*, 19 F.4th 734 (5th Cir. 2021). On February 28, 2022, Alexandru Bittner filed a Petition for a Writ of Certiorari in the United States Supreme Court. On March 7, 2022, and May 17, 2022, this Court held status conferences regarding the motion to stay the case and the status of the Petition for a Writ of Certiorari filed in the United States Supreme Court.

On April 1, 2022, three separate amicus curiae briefs were filed in the Supreme Court in support of granting the petition for writ of certiorari. On May 17, 2022, the United States filed its brief agreeing that the Petition for Writ of Certiorari should be granted regarding *United States v. Bittner*, 19 F.4th 734 (5th Cir. 2021).

>DAVID A. HUBBERT
>Deputy Assistant Attorney General
>
>By:   /s/ Herbert W. Linder
>      JONATHAN L. BLACKER
>      Attorney, Tax Division
>      Texas Bar No. 00796215
>      HERBERT W. LINDER
>      Ohio Bar No. 0065446
>      Department of Justice
>      717 N. Harwood, Suite 400
>      Dallas, Texas 75201
>      (214) 880-9765/(214) 880-9754
>      (214) 880-9742 (FAX)
>      Jonathan.Blacker2@usdoj.gov
>      Herbert.W.Linder@usdoj.gov
>
>      ATTORNEYS FOR UNITED STATES

## **CERTIFICATE OF SERVICE**

I certify that on May 18, 2022, I filed the foregoing document by electronic means on all parties who have entered an appearance through the Court's ECF system, including the following:

Jaime Vasquez
Charles J. Muller, III
Leo Unzeitig
Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
112 East Pecan St., Suite 1450
San Antonio, Texas 78205

>      /s/Herbert W. Linder
>      HERBERT W. LINDER