UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 5:21-cv-00138 |
| v. | ) | |
| | ) | |
| MIGUEL E. MIRELES, | ) | |
|     Defendant. | ) | |

# JOINT ADVISORY

Pursuant to the Court's order, DKT. #21 the parties file this joint advisory, and state as follows:

On February 28, 2023, the Supreme Court in *Alexandru Bittner v. United States,* 598 U.S. ---- (U.S., 2023), 2023 WL 2247233 held that under 31 U.S.C. §§ 5321(a)(5)(A) and (B)(i), the penalty for the non-willful failure to file a compliant Report of Foreign Bank and Financial Accounts (FBAR) accrues on a per-report, not a per-account, basis. Based upon the *Bittner* decision, the non-willful penalties asserted in this case are capped at $10,000 per-report and should be reduced to $80,000 as follows:

| Year | Amount asserted in U.S. Complaint | $10,000 cap per-report |
|---|---|---|
| 2006 | $ 90,000 | $10,000 |
| 2007 | $ 90,000 | $10,000 |
| 2008 | $100,000 | $10,000 |
| 2009 | $100,000 | $10,000 |
| 2010 | $ 90,000 | $10,000 |
| 2011 | $100,000 | $10,000 |
| 2012 | $100,000 | $10,000 |
| 2013 | $110,000 | $10,000 |
| Totals | $780,000 | $80,000 |

The parties have not been able to engage in meaningful settlement discussions until the *Bittner* issue was resolved - which did not occur until after March 27, 2023. Accordingly, the parties request thirty (30) days to engage in settlement discussions on the remaining issues and report back to the Court.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By:    /s/ Herbert W. Linder
    HERBERT W. LINDER
    Ohio Bar No. 0065446
    JONATHAN BLACKER
    Attorney, Tax Division
    State Bar No. 00796215
    Department of Justice
    717 N. Harwood, Suite 400
    Dallas, Texas 75201
    (214) 880-9765/(214) 880-9754
    (214) 880-9742 (FAX)
    jonathan.blacker2@usdoj.gov
    herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
By: /s/ *Jaime Vasquez*
Jaime Vasquez
State Bar No. TX24066235
jaime.vasquez@chamberlainlaw.com
Charles J. Muller, III
State Bar No. TX14649000
chad.muller@chamberlainlaw.com
Leo Unzeitig
State Bar No. TX24098534
leo.unzeitig@chamberlainlaw.com
112 East Pecan St., Suite 1450
San Antonio, Texas 78205
Telephone: (210) 507-6508

        Facsimile: (210) 253-8384

        ATTORNEYS FOR DEFENDANT
        MIGUEL E. MIRELES

## CERTIFICATE OF SERVICE

I certify that on March 30, 2023, I filed the foregoing document by electronic means on all parties who have entered an appearance through the Court's ECF system, including the following:

Jaime Vasquez
Charles J. Muller, III
Leo Unzeitig
Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
112 East Pecan St., Suite 1450
San Antonio, Texas 78205

        /s/ Herbert W. Linder
        HERBERT W. LINDER