UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>MIGUEL E. MIRELES, )<br>    Defendant. ) | Case No. 5:21-cv-00138 |

# JOINT ADVISORY

Pursuant to the Court's order, DKT. #23 the parties file this joint advisory, and state as follows:

While no formal offers have been exchanged, the parties have engaged in meaningful settlement discussions. Accordingly, the parties request thirty (30) days to either reach a settlement on this case or report back to the Court for entry of a scheduling order.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By:     /s/ Herbert W. Linder
    HERBERT W. LINDER
    Ohio Bar No. 0065446
    JONATHAN BLACKER
    Attorney, Tax Division
    State Bar No. 00796215
    Department of Justice
    717 N. Harwood, Suite 400
    Dallas, Texas 75201
    (214) 880-9765/(214) 880-9754
    (214) 880-9742 (FAX)
    jonathan.blacker2@usdoj.gov
    herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
By: /s/ *Jaime Vasquez*
Jaime Vasquez
State Bar No. TX24066235
jaime.vasquez@chamberlainlaw.com
Charles J. Muller, III
State Bar No. TX14649000
chad.muller@chamberlainlaw.com
Leo Unzeitig
State Bar No. TX24098534
leo.unzeitig@chamberlainlaw.com
112 East Pecan St., Suite 1450
San Antonio, Texas 78205
Telephone: (210) 507-6508
Facsimile: (210) 253-8384

ATTORNEYS FOR DEFENDANT
MIGUEL E. MIRELES

## CERTIFICATE OF SERVICE

I certify that on May 2, 2023, I filed the foregoing document by electronic means on all parties who have entered an appearance through the Court's ECF system, including the following:

Jaime Vasquez
Charles J. Muller, III
Leo Unzeitig
Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
112 East Pecan St., Suite 1450
San Antonio, Texas 78205

/s/ Herbert W. Linder

                                                HERBERT W. LINDER