UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 5:21-cv-00138 |
| v. ) | |
| ) | |
| MIGUEL E. MIRELES, ) | |
| Defendant. ) | |

# **JOINT ADVISORY**

Pursuant to the Court's order, DKT. #25 the parties file this joint advisory, and state as follows:

Since the last advisory report, the parties engaged in constructive settlement discussions. Pursuant to these discussions, the U.S. Department of Justice, ("DOJ"), trial attorneys for the United States have communicated to Defendant what they would recommend as a potential settlement offer. Defendants have submitted to Plaintiff an amended settlement offer reflecting those terms. However, the DOJ trial attorneys do not have any settlement authority. Once the offer is recommended by the DOJ trial attorneys, consideration of Defendant's offer requires higher level Government review and approval which necessarily takes time.

Accordingly, the parties request forty-five (45) days to either accept and finalize the amended settlement offer on this case or report back to the Court for entry of a scheduling order.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: /s/ Herbert W. Linder
    HERBERT W. LINDER
    Ohio Bar No. 0065446
    JONATHAN BLACKER
    Attorney, Tax Division
    State Bar No. 00796215
    Department of Justice
    717 N. Harwood, Suite 400
    Dallas, Texas 75201
    (214) 880-9765/(214) 880-9754
    (214) 880-9742 (FAX)
    jonathan.blacker2@usdoj.gov
    herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

**CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.**
By: /s/ *Jaime Vasquez*
Jaime Vasquez
State Bar No. TX24066235
jaime.vasquez@chamberlainlaw.com
Charles J. Muller, III
State Bar No. TX14649000
chad.muller@chamberlainlaw.com
Leo Unzeitig
State Bar No. TX24098534
leo.unzeitig@chamberlainlaw.com
112 East Pecan St., Suite 1450
San Antonio, Texas 78205
Telephone: (210) 507-6508
Facsimile: (210) 253-8384

ATTORNEYS FOR DEFENDANT
MIGUEL E. MIRELES

2

## **CERTIFICATE OF SERVICE**

I certify that on June 1, 2023, I filed the foregoing document by electronic means on all parties who have entered an appearance through the Court's ECF system, including the following:

Jaime Vasquez
Charles J. Muller, III
Leo Unzeitig
Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
112 East Pecan St., Suite 1450
San Antonio, Texas 78205

/s/ Herbert W. Linder
HERBERT W. LINDER