# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | Case No. 5:21-cv-00138 |
| v. ) | |
| ) | |
| MIGUEL E. MIRELES, ) | |
|     Defendant. ) | |

## AGREED STIPULATIONS BETWEEN UNITED STATES AND DEFENDANT MIGUEL E. MIRELES

Plaintiff, the United States of America and Defendant Miguel E. Mireles have reached a settlement and compromise, stipulate and agree as follows:

1. Miguel Mireles is liable for the FBAR penalties assessed against him under 31 U.S.C. §§ 5321(a)(5)(A) and (B)(i) for the non-willful failure to file a Report of Foreign Bank and Financial Accounts (FBAR) for the years 2006 through 2013 in the aggregate amount of $80,000.

2. Miguel Mireles's liability for the FBAR penalties assessed against him for the years 2006 through 2013 is deemed satisfied by the excess balance of $90,002.87 remaining after application of the January 8, 2016, aggregate payments of $207,616 to his Form 1040 income tax, penalties and interest for tax years 2006-2013, Form 5471 penalties for 2006-2013, and the Form 8938 penalties for 2011-2013.

3. Since the United States is not taking a judgment against Miguel Mireles for the FBAR penalties which are being deemed paid in the settlement of this case, Miguel Mireles will not be entitled to any refund, credit or offset of the excess balance totaling $90,002.87 remaining after application of the January 8, 2016, aggregate payments of $207,616 to his Form 1040 income tax, penalties, and interest for tax years 2006-2013, Form 5471 penalties for 2006-2013, and the

1

Form 8938 penalties for 2011-2013.

4. Miguel Mireles shall not seek recovery of, file an administrative claim with the IRS or a suit in any court for, the excess balance totaling $90,002.87 remaining after application of the January 8, 2016 aggregate payments of $207,616 to his Form 1040 income tax, penalties, and interest for tax years 2006-2013, Form 5471 penalties for 2006-2013, and the Form 8938 penalties for 2011-2013.

5. Nothing in this agreement shall affect or alter the IRS's right to setoff as set forth in 26 U.S.C. §§ 6401 and 6402 et seq.

6. Nothing in this agreement shall affect or alter the IRS's rights as it relates to any other tax liabilities of Miguel Mireles.

7. Nothing in this agreement shall affect or alter Miguel Mireles's rights, if any, as they relate to the aforementioned Form 5471 or Form 8938 penalties, including seeking or requesting a refund or credit of such penalties if he is otherwise entitled. Nothing in this agreement prevents the United States from defending against any claims asserted by Mireles related to the Form 5471 or Form 8938 penalties.

8. Each party will bear its respective costs, including attorneys' fees. The United States will not be entitled to the 10% litigation surcharge under 28 U.S.C. § 3011.

9. The parties shall file a joint stipulation of dismissal of this case with prejudice.

10. After the case is dismissed, the United States will cause the IRS/Department of Treasury to zero out or abate any remaining FBAR penalty liabilities of Miguel Mireles for 2006 through 2013 years.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By:   /s/ Herbert W. Linder
    HERBERT W. LINDER
    Ohio Bar No. 0065446
    JONATHAN BLACKER
    Attorney, Tax Division
    State Bar No. 00796215
    Department of Justice
    717 N. Harwood, Suite 400
    Dallas, Texas 75201
    (214) 880-9765/(214) 880-9754
    (214) 880-9742 (FAX)
    jonathan.blacker2@usdoj.gov
    herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

**CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.**
By: /s/ *Jaime Vasquez*
Jaime Vasquez
State Bar No. TX24066235
jaime.vasquez@chamberlainlaw.com
Charles J. Muller, III
State Bar No. TX14649000
chad.muller@chamberlainlaw.com
Leo Unzeitig
State Bar No. TX24098534
leo.unzeitig@chamberlainlaw.com
112 East Pecan St., Suite 1450
San Antonio, Texas 78205
Telephone: (210) 507-6508
Facsimile: (210) 253-8384

ATTORNEYS FOR DEFENDANT
MIGUEL E. MIRELES

## **CERTIFICATE OF SERVICE**

I certify that on July 6, 2023, I filed the foregoing document by electronic means on all parties who have entered an appearance through the Court's ECF system, including the following:

Jaime Vasquez
Charles J. Muller, III
Leo Unzeitig
Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
112 East Pecan St., Suite 1450
San Antonio, Texas 78205

                                                /s/ Herbert W. Linder
                                                HERBERT W. LINDER