UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) Case No. 5:21-cv-00138 |
| v. | )<br>) |
| MIGUEL E. MIRELES,<br>    Defendant. | )<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL

Based upon the agreed stipulations, it is further hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By:    /s/ Herbert W. Linder
    HERBERT W. LINDER
    Ohio Bar No. 0065446
    JONATHAN BLACKER
    Attorney, Tax Division
    State Bar No. 00796215
    Department of Justice
    717 N. Harwood, Suite 400
    Dallas, Texas 75201
    (214) 880-9765/(214) 880-9754
    (214) 880-9742 (FAX)
    jonathan.blacker2@usdoj.gov
    herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

1

**CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.**
By: /s/ *Jaime Vasquez*
Jaime Vasquez
State Bar No. TX24066235
jaime.vasquez@chamberlainlaw.com
Charles J. Muller, III
State Bar No. TX14649000
chad.muller@chamberlainlaw.com
Leo Unzeitig
State Bar No. TX24098534
leo.unzeitig@chamberlainlaw.com
112 East Pecan St., Suite 1450
San Antonio, Texas 78205
Telephone: (210) 507-6508
Facsimile: (210) 253-8384

ATTORNEYS FOR DEFENDANT
MIGUEL E. MIRELES

## CERTIFICATE OF SERVICE

I certify that on July 6, 2023, I filed the foregoing document by electronic means on all parties who have entered an appearance through the Court's ECF system, including the following:

    Jaime Vasquez
    Charles J. Muller, III
    Leo Unzeitig
    Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
    112 East Pecan St., Suite 1450
    San Antonio, Texas 78205

        /s/ Herbert W. Linder
        HERBERT W. LINDER